IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YANEL GREENE, : | |
|     Petitioner : | |
| : | No. 1:22-cv-01726 |
| v. : | |
| : | (Judge Kane) |
| STEPHEN SPAULDING, : | |
|     Respondent : | |

**ORDER**

**AND NOW**, on this 26th day of April, 2023, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania